RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 7/31/14
DB

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| TRINITY MARINE PRODUCTS, INC. | : | DOCKET NO. 6:13-2539 |
| VS. | : | JUDGE TRIMBLE |
| USA | : | MAGISTRATE JUDGE HANNA |

## JUDGMENT

The court has carefully reviewed the initial and supplement reports and recommendations of the Magistrate Judge previously filed herein, the objections to both by plaintiff and defendant and the briefs of plaintiff and defendant, plaintiff's Post-Hearing Points of Law and Evidence,[1] and after hearing oral arguments on both sides on July 22, 2014, the court has concluded that the well-reasoned reports and recommendations of the Magistrate Judge are entirely correct under the facts and applicable law. Accordingly, it is

**ORDERED, ADJUDGED AND DECREED** that the objections to the reports and recommendations are overruled and same are adopted in full as the Judgment of this court, and plaintiff's demands are dismissed with prejudice at plaintiff's costs.

THUS DONE AND SIGNED in Chambers at Alexandria, Louisiana, this 31st day of July, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE

---

[1] R. #68-1.